**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____Northern District Of California_____
                        (State)

Case number (*If known*): _____  Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Group One Construction, Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  27-5038293

**4. Debtor's address**

Principal place of business

1050 Dell Avenue
Number    Street

Campbell    CA    95008
City        State   ZIP Code

SANTA CLARA
County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City    State    ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City    State    ZIP Code

**5. Debtor's website (URL)**  http://www.grouponeconstructioninc.com/

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Group One Construction, Inc.                              Case number (*if known*)_____
          Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   2  3  6  1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply*:

       ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY
              District _____  When _____  Case number _____
                                        MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
              District _____  When _____
                                                          MM / DD / YYYY
              Case number, if known _____

Debtor  Group One Construction, Inc.                              Case number (*if known*)_____
　　　　 Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

[x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

[ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

[x] No
[ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

　　　　**Why does the property need immediate attention?** (*Check all that apply.*)

　　　　[ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　　　　　What is the hazard? _____

　　　　[ ] It needs to be physically secured or protected from the weather.

　　　　[ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

　　　　[ ] Other _____

　　　　**Where is the property?** _____
　　　　　　　　　　　　　　　　 Number　　　Street

　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　 _____  _____  _____
　　　　　　　　　　　　　　　　 City　　　　　　　　　　　　　　　 State　　 ZIP Code

　　　　**Is the property insured?**
　　　　[ ] No
　　　　[ ] Yes. Insurance agency _____
　　　　　　　　　Contact name　　　_____
　　　　　　　　　Phone　　　　　　 _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

[x] Funds will be available for distribution to unsecured creditors.
[ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [ ] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [x] 50-99 | [ ] 5,001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than 100,000 |
| [ ] 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| [ ] $0-$50,000 | [x] $1,000,001-$10 million | [ ] $500,000,001-$1 billion |
| [ ] $50,001-$100,000 | [ ] $10,000,001-$50 million | [ ] $1,000,000,001-$10 billion |
| [ ] $100,001-$500,000 | [ ] $50,000,001-$100 million | [ ] $10,000,000,001-$50 billion |
| [ ] $500,001-$1 million | [ ] $100,000,001-$500 million | [ ] More than $50 billion |

Official Form B201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page **3**

Case: 17-52301　　Doc# 1　　Filed: 09/21/17　　Entered: 09/21/17 13:55:21　　Page 3 of 6

| Debtor | Group One Construction, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/20/2017
MM / DD / YYYY

✗ /s/Richard Lee Foust                                Richard Lee Foust
Signature of authorized representative of debtor        Printed name

Title  President

**18. Signature of attorney**

✗ /s/Brian M. Kandel                    Date  09/20/2017
Signature of attorney for debtor              MM / DD / YYYY

Brian M. Kandel
Printed name

Sadri & Kandel LLP
Firm name

4633 Old Ironsides Drive, #115
Number       Street

Santa Clara                              CA       95054
City                                     State    ZIP Code

(408) 837-7765                           brian@sadriandkandel.com
Contact phone                            Email address

180952                                   CA
Bar number                               State

UNITED STATES BANKRUPTCY COURT
Northern District of California

In re:

Case No. BKY

Group One Construction, Inc.,

Debtor(s)

Chapter 11 Case

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Richard Lee Foust, declare under penalty of perjury that I am the President of Group One Construction, Inc., a CA corporation and that on September 20, 2017 the following resolution was duly adopted by the Board of Directors of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Richard Lee Foust, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Richard Lee Foust, President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Richard Lee Foust, President of this corporation, is authorized and directed to employ Brian M. Kandel, attorney and the law firm of Sadri & Kandel LLP to represent the corporation in such bankruptcy case."

| Executed on: September 20, 2017 | Signed: /s/Richard Lee Foust |
| --- | --- |
|  | Richard Lee Foust PO Box 320368, Los Gatos, CA   95032 (*Name and Address of Subscriber*) |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re:  Case No.

**Group One Construction, Inc.**

Debtor(s)

## DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES & STATEMENTS

### PART I - DECLARATION OF PETITIONER

I (WE) **Group One Construction, Inc.**, the undersigned debtor(s), *hereby declare under penalty of perjury* that the information provided in the electronically filed petition, statements, and schedules is true and correct and that I signed these documents prior to electronic filing. I consent to my attorney sending my petition, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be executed at the First Meeting of Creditors and filed with the Trustee. I understand that failure to file the signed and dated original of this DECLARATION may cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice. I (we) further declare under penalty of perjury that I (we) signed the original Statement of Social Security Number (s), (Official Form B21), prior to the electronic filing of the petition and have verified the 9-digit social security number displayed on the Notice of Meeting of Creditors to be accurate.

☐  If petitioner is an individual whose debts are primarily consumer debts and who has chosen to file under a chapter: I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each chapter, and choose to proceed under this chapter. I request relief in accordance with the chapter specified in this petition. I (WE) and, the undersigned debtor(s), *hereby declare under penalty of perjury* that the information provided in the electronically filed petition, statements, and schedules is true and correct.

☒  If petitioner is a corporation or partnership: I declare under a penalty of perjury that the information provided in the electronically filed petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

☐  If petitioner files an application to pay filing fees in installments: I certify that I completed an application to pay the filing fee in installments. I am aware that if the fee is not paid within 120 days of the filing date of filing the petition, the bankruptcy case may be dismissed and, if dismissed, I may not receive a discharge of my debts.

Dated: **September 20, 2017**

Signed: **/s/Richard Lee Foust**
(Applicant)                                                                    (Joint Applicant)

### PART II - DECLARATION OF ATTORNEY

I *declare under penalty of perjury* that the debtor(s) signed the petition, schedules, statements, etc., including the Statement of Social Security Number(s) (Official Form B21) before I electronically transmitted the petition, schedules, and statements to the United States Bankruptcy Court, and have followed all other requirements in Administrative Orders and Administrative Procedures, including submission of the electronic entry of the debtor(s) Social Security number into the Court's electronic records. If an individual, I further declare that I have informed the petitioner (if an individual) that [he or she] may qualify to proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each chapter. This declaration is based on the information of which I have knowledge.

Dated: **September 20, 2017**     Attorney for Debtor(s)  **/s/Brian M. Kandel**

**Brian M. Kandel**

Address of Attorney  **4633 Old Ironsides Drive, #115**

**Santa Clara, California 95054**